IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** White Sr, Ricky

Printed: 6/17/08

Case Number: 06 B 17191
Judge: Hollis, Pamela S
Filed: 12/27/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 5, 2008
Confirmed: February 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,266.00 |  |
| Secured: |  | 1,375.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,716.19 |
| Trustee Fee: |  | 174.81 |
| Other Funds: |  | 0.00 |
| Totals: | 3,266.00 | 3,266.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,333.00 | 1,716.19 |
| 2. | Heritage Acceptance Corp | Secured | 5,486.08 | 1,375.00 |
| 3. | Illinois Dept of Revenue | Priority | 1,830.71 | 0.00 |
| 4. | Internal Revenue Service | Priority | 7,891.12 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 16.34 | 0.00 |
| 6. | Mercado Foot & Ankle Clinic | Unsecured | 80.69 | 0.00 |
| 7. | St James Hospital | Unsecured | 132.20 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 424.00 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 28.74 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 31.06 | 0.00 |
| 11. | NDC Check Services | Unsecured | 7.20 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 103.58 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 816.68 | 0.00 |
| 14. | Midwest Verizon Wireless | Unsecured | 232.08 | 0.00 |
| 15. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 16. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 17. | Allied Interstate Inc | Unsecured |  | No Claim Filed |
| 18. | Creditors Collection Service | Unsecured |  | No Claim Filed |
| 19. | Allied Interstate Inc | Unsecured |  | No Claim Filed |
| 20. | H & F Law Offices | Unsecured |  | No Claim Filed |
| 21. | Global Payments | Unsecured |  | No Claim Filed |
| 22. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 23. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 24. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 25. | Park Dansan | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: White Sr, Ricky | Case Number: 06 B 17191 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 6/17/08 | Filed: 12/27/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Park Dansan | Unsecured | | No Claim Filed |
| 27. | Torres Credit | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 19,413.48 | $ 3,091.19 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 12.61 |
| 5.4% | 162.20 |
| | _____ |
| | $ 174.81 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

